IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

J.G. BERNARD,

    Plaintiff,

v.                                                      4:17cv322–WS/CAS

CHARLES ROSENBERG, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 12) docketed October 13, 2017. The magistrate judge recommends that the plaintiff's case be dismissed. The plaintiff has filed objections (doc. 18) to the report and recommendation.

Having reviewed the report and recommendation and the plaintiff's objections thereto, the court finds that the magistrate judge's report and recommendation is due to be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 12) is hereby

ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint and this action are DISMISSED.

3. The clerk shall enter judgment stating: "All claims are dismissed."

4. All pending motions are DENIED.

DONE AND ORDERED this   8th   day of    November   , 2017.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE